[No. 19603.  *En Banc.*  November 16, 1926.]

ROBERT M. YOUNG et al., *Respondents*, v. INTERNATIONAL
          STEVEDORING COMPANY, *Appellant.*[1]

Appeal from a judgment of the superior court for King county,
Douglas, J., entered March 28, 1925, upon the verdict of a jury
rendered in favor of the plaintiffs, in an action for personal in-
juries.  Affirmed.

*Stephen V. Carey* and *Roy E. Bigham*, for appellant.
*G. F. Vandeveer*, for respondent.

PER CURIAM.—Upon a rehearing *En Banc*, the court adheres to
the opinion heretofore filed herein, and reported in 138 Wash. 665,
245 Pac. 9.

The judgment is affirmed.

———

[No. 19758.  *En Banc.*  November 16, 1926.]

C. M. SEELEY, *Respondent*, v. CHARLES E. PEABODY et al., *Appellant.*[2]

Appeal from a judgment of the superior court for King county,
Truax, J., entered September 14, 1925, upon the verdict of a jury
rendered in favor of the plaintiff in an action in tort.  Affirmed.

*Bronson, Robinson & Jones*, for appellants.
*Karr & Gregory, H. G. Sutton, George F. Hannan* and *Ryan &
Desmond*, for respondent.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court
adheres to the opinion heretofore filed herein, and reported in 139
Wash. 382, 247 Pac. 471.

The judgment is therefore affirmed.

[1]Reported in 250 Pac. 469.
[2]Reported in 250 Pac. 469.